USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

BRIAN LAMONT MAYNOR,

                                     Defendant.

------------------------------------------------------------ X

S27 15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 21, 2020, a telephone conference was held;

WHEREAS at the April 21, 2020 conference, the Defendant's January 12, 2017 Judgment and Conviction was vacated and;

WHEREAS the defendant waived Indictment and pled guilty to a new superseding Information; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED THAT Mr. Maynor is sentenced to time-served.  The United States Bureau of Prisons is ordered *immediately* to release, without further delay, Brian Lamont Maynor, Reg. No. 31211-171, from custody; and

IT IS FURTHER ORDERED THAT a new Judgment will be filed within the next seven (7) days.

**SO ORDERED.**

**Dated: April 21, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**